# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>          Plaintiff,<br><br>     vs.<br><br>Live DTLA, LLC, et al.,<br><br>          Defendants. | Case No.: CV 19-9853-DMG (RAOx)<br><br>**STIPULATED JUDGMENT [50]** |

FOR GOOD CAUSE SHOWN, and pursuant to the parties' agreement [Doc. # 50-3], the Stipulation for Judgment [Doc. # 50-4], and the Declaration of Dennis Price [Doc. # 50-1], IT IS HEREBY ORDERED THAT Judgment is entered in favor of Plaintiff and against Defendant Park & Save, Inc., in the amount of $10,000.[1]

DATED:  December 8, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also requests that the Court grant $1,500 in attorneys' fees and $250 in interest, in addition to the $10,000 recovery specified in the parties' agreement. *See* Price Decl.  But there is no provision in the agreement or in the Stipulation for Judgment allowing for an award of fees or interest, either in the amount requested or otherwise, including upon Defendant's default.